**15-25-00042-CV**

TRIAL COURT CASE NO. _____

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td>_____ COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/8/2025 3:01:43 PM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

    Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney: _____ SB# _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail   _____Hand Delivery   _____Mail

On_____        By:_____(clerk's initials)

4/8/2025 12:40 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-009288
Victoria Benavides

C247255706 / A5J

No. D-1-GN-24-009288

| | | |
|---|---|---|
| THE STATE OF TEXAS; THE CITY OF EL PASO, TEXAS; THE TRANSIT AUTHORITY OF EL PASO CTD, TEXAS; AND THE COUNTY OF EL PASO, TEXAS | § § § § § § | IN THE DISTRICT COURT OF |
| | § | TRAVIS COUNTY, TEXAS |
| VS. | § § | |
| JONATHAN ALVIDRES RUIZ | § | 459TH JUDICIAL DISTRICT |

## <u>NOTICE OF APPEAL</u>

TO THE HONORABLE COURT:

    The State of Texas; the City of El Paso, Texas; the Transit Authority of El Paso CTD, Texas; and the County of El Paso, Texas, give notice of their intent to appeal the trial court's Final Default Judgment rendered on February 20, 2025. This appeal is taken to the Fifteenth Court of Appeals.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Aquina J. Johnson*

**AQUINA J. JOHNSON**
Assistant Attorney General
State Bar No. 24126164

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 658-4104
Facsimile: (512) 936-1409
aquina.johnson@oag.texas.gov

ATTORNEYS FOR PLAINTIFFS

# **CERTIFICATE OF SERVICE**

   I certify that on April 8, 2025, a true and correct copy of the foregoing document has been served on the Defendant listed below in the manner indicated pursuant to Rule 21a of the Texas Rules of Civil Procedure.

Jonathan Alvidres Ruiz
737 Porras Dr.
El Paso, Texas 79912
PRO SE DEFENDANT

Service Method: US First Class Mail

          */s/ Aquina J. Johnson*
          AQUINA J. JOHNSON